RICHARD T. BARNES *v.* DENNIS E. WRIGHT

[No. 36, October Term, 1943.]

*Decided December 15, 1944.*

The cause was argued before SLOAN, C. J., DELA-PLAINE, COLLINS, MARBURY, GRASON, MELVIN, ADAMS, and BAILEY, JJ.

*Maurice J. Pressman,* with whom was *Jacob A. Gross* on the brief, for the appallant.

*Foster H. Fanseen* for the appellees.

The following opinion was delivered *Per Curiam:*

There being an equal number of votes in this case for affirmance and reversal, the judgment appealed from is affirmed.